UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       - v. -                   :    ORDER

LUIS ACEVEDO,
  a/k/a "Martinez,"               :    S1 07 CR. 378 (LAK)

            Defendant.    :

- - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by and through Assistant United States Attorney Jocelyn Strauber, it is hereby ORDERED that Indictment S1 07 Cr. 378, which was filed under seal on or about May 15, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        August 6, 2007

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 6 2007