```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :       SEALED
         - v. -                  :       INDICTMENT
                                 :
LUIS ACEVEDO,                    :       S1 07 Cr. 378
  a/k/a "Martinez,"              :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-07

### COUNT ONE

The Grand Jury charges:

1.   From in or about January 2006, up to and including in or about January 2007, in the Southern District of New York and elsewhere, LUIS ACEVEDO, a/k/a "Martinez," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that LUIS ACEVEDO, a/k/a "Martinez," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

### OVERT ACT

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among

others, was committed in the Southern District of New York:

        a.  On or about April 26, 2006, LUIS ACEVEDO, a/k/a "Martinez," the defendant, drove a minivan through Manhattan and into the Bronx, New York.

        (Title 21, United States Code, Section 846.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**LUIS ACEVEDO,**
 a/k/a "Martinez,"


Defendant.

---

**SEALED
<u>INDICTMENT</u>**

**S1 07 Cr. 378**

(Title 21, United States Code, 846)


<u>MICHAEL J. GARCIA</u>
United States Attorney

A TRUE BILL.

*Madiline Couter*

---

**Foreperson.**

5-15-07   Filed Indictment Under Seal.

Pitman
U.S.M.S.