## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

202-223-7334

WRITER'S DIRECT FACSIMILE

202-223-7474

WRITER'S DIRECT E-MAIL ADDRESS

aoh@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650





October 12, 2007

**Via Hand Delivery**

The Honorable Sidney H. Stein
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

United States v. Luis Acevedo, et al., 07 Cr. 378 (SHS)

Dear Judge Stein:

      I was appointed pursuant to the Criminal Justice Act to represent Luis Acevedo in the above-entitled action. I would like to request the Court's authorization to have a certain document in English translated into Spanish for my client's review. I understand from the translator that the estimated cost of translation is approximately $2,812.

Thank you for your consideration.

SO ORDERED 10/22/07

Respectfully submitted,

Alex Young K. Oh

SIDNEY H. STEIN
U.S.D.J.

cc:    Jocelyn Strauber, Assistant United States Attorney (via facsimile)