UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    -v.-<br><br>LUIS ACEVEDO, et al.,<br><br>           Defendants. | 07 Cr. 378 (SHS)<br><br>**AFFIDAVIT OF<br>SAMUEL E. BONDEROFF, ESQ.** |

STATE OF NEW YORK  )
                               ) ss.
COUNTY OF NEW YORK  )

        SAMUEL E. BONDEROFF, ESQ., being duly sworn, deposes and says:

        1.    I am an attorney licensed to practice in the State of New York and am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York, New York. I represent the defendant Luis Acevedo ("Mr. Acevedo") in the above-referenced criminal action. I submit this affidavit in support of Mr. Acevedo's pre-trial motion to suppress those portions of his co-defendant Edy Hernandez-Uberia's May 15, 2007 post-arrest statement that purportedly inculpate Mr. Acevedo.

        2.    Attached as Exhibit A to this affidavit is a true and correct copy of a May 17, 2007 Drug Enforcement Agency Report of Investigation purportedly authored by Special Agent Howard Lam.

3. Attached as Exhibit B to this affidavit is a true and correct copy of the Indictment, *United States* v. *Luis Acevedo*, et al., 07 Cr. 378 (SHS), which was filed in the United States District Court for the Southern District of New York on or about August 16, 2007.

_____
Samuel E. Bonderoff, Esq.

Sworn to before me this
7th day of November, 2007.

_____
Notary Public

FRANCINE MURRAY
Notary Public, State of New York
No. 02MU6116792
Qualified in New York County
Commission Expires October 12, 2008