# EXHIBIT A

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Howard Lam <br> At: NYFD OCDE SF | | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed <br> ☐ Action Requested By: | | | 8. Date Prepared <br> 05/17/07 | |

9. Other Officers: NYPD Detective Pete Crespo

10. Report Re: Post Arrest Statements by Edy HERNANDEZ-UBIERA on May 15, 2007

## SYNOPSIS

On 05/15/07, Edy HERNANDEZ-UBIERA was arrested at 3349 Hull Ave, Apt.E, Bronx, NY pursuant to an arrest warrant for violation 21 USC 846 by members of the NY-Organized Crime Drug Enforcement Strikeforce Group Z-51. Following HERNANDEZ-UBIERA's arrest, Detective Pete Crespo explained the charges he faced and read his Miranda Rights. HERNANDEZ-UBIERA stated that he understood his rights and agreed to speak to investigating Agents and Officers. Accordingly, HERNANDEZ-UBIERA signed a Miranda Rights form as witnessed by Detective Pete Crespo and SA Howard Lam.

## DETAILS

1. At approximately 07:05 hrs. HERNANDEZ-UBIERA was explained the charges he faced and read his Miranda Rights. HERNANDEZ-UBIERA stated that he understood his rights and agreed to speak to investigating Agents and Officers. Accordingly, HERNENDEZ-UBIERA signed a Miranda Rights form(Exhibit N-51) as witnessed by Detective Pete Crespo and SA Howard Lam. HERNANDEZ-UBIERA stated essentially that he was employed by an individual known as "Martinez" at Canoa Shipping since May 2006 for six months. "Martinez" was described only as a older Dominican male. He was introduced to "Martinez" by an individual known to him as "Jose" in the Dominican Republic. "Jose" was described only as a Dominican male.

| 11. Distribution: <br> Division <br> District <br> Other   SARI | 12. Signature (Agent) <br> SA Howard Lam | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) <br> Peter J. Fox <br> Group Supervisor | 15. Date |

DEA Form   - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.


Ex A

1483

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No.  | 2. G-DEP Identifier |
| | 3. File Title | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 05/17/07 | |

2. HERNANDEZ-UBIERA stated that in October 2006, he was arrested for money laundering charges for which he is currently under probation. He served a total of one month incarceration under state charges. Specifically, he was arrested with "DARI" in possession of approximately $100,000 USC contained inside the vehicle while he was driving a tan colored Chevy Blazer registered to "Martinez". HERNANDEZ-UBIERA stated that he assumed that the money contained inside the vehicle belonged to "Martinez" since it was registered under his name. HERNANDEZ-UBIERA stated that he would be able to assist agents if he was given the opportunity. Furthermore, he did not have any phone numbers or any contact information for "Martinez". Specifically, he did not have any contact information or have information on the whereabouts of "DARI".

**INDEXING**

1. 
2.

DEA Form - 6a
(Jul. 1996)

EXA

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1484

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -　　　　　　　　　　　　　　INDICTMENT

LUIS ACEVEDO,　　　　　　　　　　　　S7 07 Cr. 378 (LAK)
 a/k/a "Martinez,"
ANA GARCIA SANTANA,
 a/k/a "Morena,"
RAFAEL PEREZ,
 a/k/a "El Tio,"
 a/k/a "Rafael Rivera," and
EDY HERNANDEZ-UBERIA,
 a/k/a "Bale,"
 a/k/a "Caballos,"

       Defendants.

- - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 6 2007

## COUNT ONE

The Grand Jury charges:

1.　From in or about January 2006, up to and including in or about January 2007, in the Southern District of New York and elsewhere, LUIS ACEVEDO, a/k/a "Martinez," ANA GARCIA SANTANA, a/k/a "Morena," RAFAEL PEREZ, a/k/a "El Tio," a/k/a "Rafael Rivera," and EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that LUIS ACEVEDO, a/k/a "Martinez," ANA GARCIA SANTANA, a/k/a "Morena," RAFAEL PEREZ, a/k/a "El Tio," a/k/a "Rafael Rivera," EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about April 26, 2006, LUIS ACEVEDO, a/k/a "Martinez," the defendant, drove a minivan through Manhattan and into the Bronx, New York;

b.  On or about August 11, 2006, ANA GARCIA SANTANA, a/k/a "Morena," the defendant, met with RAFAEL PEREZ, a/k/a "El Tio," a/k/a "Rafael Rivera," the defendant, in the vicinity of 2766 Barnes Avenue, in the Bronx, New York, to conduct a narcotics transaction.

c.  On or about October 4, 2006, EDY HERNANDEZ-UBERIA, a/k/a "Bale," a/k/a "Caballos," the defendant, and a co-

conspirator not named as a defendant herein ("CC-1") drove a vehicle containing approximately $120,000 concealed in a secret compartment in the Bronx, New York.

(Title 21, United States Code, Section 846.)


_____          _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

LUIS ACEVEDO,
 a/k/a "Martinez,"
ANA GARCIA SANTANA,
 a/k/a "Morena,"
RAFAEL PEREZ,
 a/k/a "El Tio,"
 a/k/a "Rafael Rivera," and
EDY HERNANDEZ-UBERIA,
 a/k/a "Bale,"
 a/k/a "Caballos,"

                Defendants.

---

INDICTMENT

S7 07 Cr. 378 (LAK)

(Title 21, United States Code, 846)

_____
             MICHAEL J. GARCIA
           United States Attorney

A TRUE BILL.

_____
       *Cheryl Auyrne*
Foreperson.

8/16/07 TLC: Post 8/1/87 indictment filed.

                    Peek, MJ.