UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States of America,  Plaintiff,

07 CR 378 (SHS)

-against-

Luis Acevedo, et al., Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **ALEX YOUNG K. OH**

☑ *Attorney*

  ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
  **AO-9696**

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: _____

  To: _____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
  1615 L STREET, N.W., SUITE 1300  WASHINGTON, DC 20036

☑ *Telephone Number:* (202) 223-7334

☑ *Fax Number:* (202) 223-7474

☑ *E-Mail Address:* aoh@paulweiss.com

Dated: 11/9/2007