UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA    Plaintiff,

07-~~CIVIL~~ CR 378 (SHS)

-against-

LUIS ACEVEDO, et al, Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __SAMUEL E. BONDEROFF__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SB-1591__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* __PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS  NEW YORK, NY 10019__

☑ *Telephone Number:* __(212) 373-3222__

☑ *Fax Number:* __(212) 492-0222__

☑ *E-Mail Address:* __sbonderoff@paulweiss.com__

Dated: __11/9/2007__    _[signature]_