UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

        Plaintiff,

        v.

LUIS ACEVEDO *et al.*,

        Defendants.

07 Cr. 378 (SHS)

        PLEASE TAKE NOTICE that, upon the accompanying declaration and memorandum of law, the undersigned, on behalf of Defendant Luis Acevedo ("Mr. Acevedo"), pursuant to Federal Rule of Criminal Procedure 12, will move this Court, before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at 9:30 A.M. on December 6, 2007, or such other time as this Court may designate, for an Order suppressing those portions of Defendant Edy Hernandez-Uberia's May 15, 2007 post-arrest statement that purportedly inculpate Mr. Acevedo, and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 8, 2007

Respectfully submitted,

   /s/ Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
Alex Young K. Oh
Samuel E. Bonderoff
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Attorneys for Defendant Luis Acevedo

TO:    Jocelyn Strauber, Esq.
       Assistant United States Attorney
       Southern District of New York
       One Saint Andrew's Plaza
       New York, New York 10007