```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       07 Cr. 378 (SHS)

    -against-                                       :       ORDER

LUIS ACEVEDO,                                        :

               Defendant.                :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Alex Oh is relieved and David Segal will file a notice of appearance on behalf of defendant.

Dated: New York, New York
        January 3, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.