UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 378 (SHS) |
| -against- | : | <u>ORDER</u> |
| LUIS ACEVEDO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

SIDNEY H. STEIN, U.S. District Judge.

Defendant's attorney having requested an adjournment of the sentencing scheduled for today,

IT IS HEREBY ORDERED that the sentencing is adjourned to July 16, 2008, at 2:30 p.m.

Dated: New York, New York
       July 10, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.