```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,            :        07 Cr. 378 (SHS)

    -against-                                      :        ORDER

LUIS ACEVEDO,                                     :

         Defendant.                          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that David Segal is relieved and Michael Hueston is appointed to represent defendant pursuant to the Criminal Justice Act

Dated: New York, New York
       July 16, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.