Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

FILED U.S. DC
SEP 15 2008
S.D. OF N.Y.

United States of America

Luis Acevedo

Docket No.: 07 Cr. 378

Hon. Sidney H. Stein
(District Court Judge)

Notice is hereby given that Luis Acevedo appeals to the United States Court of Appeals for the Second Circuit from the judgment [of conviction], other [____], from Southern District of New York (specify)

entered in this action on 9/3/08 (date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date September 15, 2008

TO Benjamin Naftalis, AUSA
United States Attorney's Office,
SDNY, One St. Andrews Plaza
NY, NY 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Michael O. Hueston, Esq.
(Counsel for Appellant)
Address 350 5th Avenue, Suite 4810
New York, New York 10118

Telephone Number: (212) 643-2900

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing 9/2/08 (sentencing)<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [ ] Funds [ ]   CJA Form 24 [✓]

ATTORNEY'S SIGNATURE _____    DATE 9/15/08

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05